# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **ANTHONY JAMES,** | : | |
| **Petitioner** | : | |
| v. | : | **5:92-CR-89 (WDO)** |
| | : | **5:05-CV-428 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss this habeas petition as an improper "second or successive" petition. Having carefully considered the Recommendation, and Petitioner's objections thereto, the Recommendation is ADOPTED and made the order of the Court. This habeas petition is DISMISSED as an improperly filed second or successive petition. Petitioner must seek leave from the Eleventh Circuit Court of Appeals prior to filing any future habeas petitions, or any type of motion to modify or vacate his sentence.

SO ORDERED this 3rd day of January, 2006.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**