# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| ANTHONY JAMES, | * | |
| Petitioner, | * | CASE NO. 5:92-CR-89 (WDO) |
| VS. | * | |
| | * | CASE NO. 5:05-CV-428 (WDO) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER DENYING COA

Before the Court is Petitioner Anthony James' Notice of Appeal and/or Motion for Certificate of Appealability, from this Court's Order of January 4, , 2006, (Docket #334) dismissing James' Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255 as an imporper second and successive petition.

Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. Petitioner James has made no showing of the denial of any constitutional right.

Petitioner James' Application For Certificate of Appealability is, therefore, DENIED. Petitioner's Motion for Leave to Proceed *In Forma Pauperis,* if any, is also DENIED AS MOOT.

**SO ORDERED,** this 18th day of January 2006.

    S/Wilbur D. Owens, Jr.
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**